UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   25-MJ-02811-ELFENBEIN

UNITED STATES OF AMERICA

v.

PLACIDO ALVAREZ RONDON,

　　　　Defendant.
_____/

FILED BY____ER____D.C.
Apr 21, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?  No

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　HAYDEN P. O'BYRNE
　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　By:　　　s/ Andrea Montes
　　　　　　　　　　　　　　　　　ANDREA MONTES
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Florida Bar No.1016182
　　　　　　　　　　　　　　　　　99 Northeast 4th Street
　　　　　　　　　　　　　　　　　Miami, Florida 33132
　　　　　　　　　　　　　　　　　Telephone: (305) 961-9417
　　　　　　　　　　　　　　　　　Email: Andrea.Montes@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>PLACIDO ALVAREZ RONDON,<br><br>*Defendant.* | )<br>)<br>)  Case No.  25-MJ-02811-ELFENBEIN<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 20, 2025__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) and (b)(2) | Possession of Child Pornography |
| 18 U.S.C. § 2252(a)(1) and (b)(1) | Transportation of Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____ Badge No. 9582
*Complainant's signature*

Krystian Locurto, Special Agent, HSI
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Face Time__

Date: April 21, 2025

_____
*Judge's signature*

City and state:  Miami, Florida

Honorable Marty Fulgueira Elfenbein, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Krystian Locurto, Special Agent with Homeland Security Investigations ("HSI"), having been first duly sworn, do hereby depose and state as follows:

### BACKGROUND

1. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251, and 2252.

2. I am a Special Agent ("SA") with HSI, Immigration and Customs Enforcement ("ICE"), and have been so employed since September 2018. I am currently assigned to the Miami Office, Special Victims Group where I investigate crimes involving the sexual exploitation of minors, such as offenses involving travel in foreign commerce to engage in sexually explicit conduct with minors, and offenses involving the production, possession, and transportation of child pornography.

3. I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children. I have received training in the area of child pornography and child exploitation, and, during the course of my duties, I have observed and reviewed examples of child pornography. I have also conducted several child pornography and child exploitation investigations, which have involved reviewing examples in all forms of media including computer media and have discussed and reviewed these materials with other law enforcement officers.

4. The information set forth in this Affidavit is provided in support of the attached

criminal complaint charging **Placido ALVAREZ Rondon ("ALVAREZ")** with Possession of Visual Depictions Involving the Sexual Exploitation of Minors, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2), and Transportation of Visual Depictions Involving the Sexual Exploitation of Minors, in violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1). This Affidavit is intended only to establish probable cause to believe that the offense was committed. As such, this Affidavit does not include each and every fact known to law enforcement about this investigation.

## PROBABLE CAUSE

5. On or about April 20, 2025, **ALVAREZ** returned to the United States through Miami International Airport ("MIA") via COPA Flight Number 427 from Cucuta, Colombia.

6. Upon arriving at primary inspection, **ALVAREZ** was referred to secondary inspection by a U.S. Customs and Border Protection ("CBP") officer.

7. At secondary inspection, the CBP officer inspected **ALVAREZ**'s personal property, including an Apple iPhone 15 Pro Max cellular device. **ALVAREZ** had the Apple iPhone on his person at the time of the inspection, and made an oral declaration to the CBP officer stating that he was the owner of the Apple iPhone. **ALVAREZ** provided the passcode to his Apple iPhone to the CBP officer.

8. The CBP officer subsequently conducted a manual review of **ALVAREZ**'s Apple iPhone, pursuant to CBP's border search authority. In the course of this review, the CBP officer encountered files containing, reflecting, and depicting minors engaged in sexually explicit conduct, including child sexual abuse material ("CSAM"). These files include depictions of prepubescent minor children.

9. Continuing on April 20, 2025, I responded to the airport to review the initial

2

findings of CBP officers and to interview **ALVAREZ**. In my preliminary review of the Apple iPhone, I encountered a number of files of suspected CSAM in several WhatsApp conversations in **ALVAREZ**'s cellular device, including:

   a. A video file depicting a prepubescent male naked touching his genitals;

   b. A video file depicting a prepubescent male naked in the shower penetrating his anus with a foreign object;

   c. A video file depicting two prepubescent males naked performing oral sex on each other;

   d. A video depicting a prepubescent male naked touching his genitals; and

   e. A video depicting a prepubescent male partially naked engaging in oral sex on what appears to be an adult.

10. The above-referenced photo and video files were received in 2023, prior to **ALVAREZ**'s trip to and return from Colombia. The conversation containing the above-referenced photo and video files was one of several archived chats, that is, it was hidden from the main chat list but not deleted.

11. Other conversations in **ALVAREZ**'s cellular device indicate that **ALVAREZ** negotiated the prices for the CSAM photos and videos. After settling on a price, **ALVAREZ** would send photo screen shots confirming that he had transferred the agreed monetary amount.

*[Remainder of Page Left Blank Intentionally]*

## CONCLUSION

12. Based on the aforementioned information, I respectfully submit that there is probable cause to believe that **Placido ALVAREZ Rondon** did knowingly commit the offenses of Possession of Visual Depictions Involving the Sexual Exploitation of Minors, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2), and Transportation of Visual Depictions Involving the Sexual Exploitation of Minors, in violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____ Badge No. 9582
KRYSTIAN LOCURTO
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this 21st day of April 2025.

_____
HONORABLE MARTY FULGUEIRA ELFENBEIN
UNITED STATES MAGISTRATE JUDGE

4